AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Jing Ulit

V.

Advocate South Suburban Hospital

CASE NUMBER: 08CV2698   EDA
JUDGE DOW
MAGISTRATE JUDGE DENLOW

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Advocate South Suburban Hospital
c/o Gail D. Hasbrouck - Registered Agent
2025 Windsor Drive
Oak Brook, IL  60523

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alejandro Caffarelli
Caffarelli & Siegel Ltd.
Two Prudential Plaza
180 N. Stetson, Suite 3150
Chicago, IL  60601

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

*Esperanza Arnold*
(By) DEPUTY CLERK



May 9, 2008
Date

IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

Jing Ulit

vs.   Advocate South Suburban Hospital

Case Number   08 CV 2698

## AFFIDAVIT OF SERVICE

I, Randy Mucha, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 13 day of May, 2008, at 10:50 AM at 2025 Windsor Drive, Oak Brook, IL 60523, did serve the following document(s):

**Summons and Complaint**

Upon:   **Advocate South Suburban Hospital c/o Gail D. Hasbrouck, Reg. Agent**

By:   ☑ Personally serving to:   Sandra Maki, Security

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 2025 Windsor Drive, Oak Brook, IL 60523 on

| Description: | Sex | **Female** | Race | **White** | Approximate Age | **32** |
|---|---|---|---|---|---|---|
| | Height | **5'7** | Weight | **165** | Hair Color | **Brown** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

Randy Mucha
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL 60601
IL License #117-001101