U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 CV 2698 EDA

Jing Ulit

v.

Advocate South Suburban Hospital

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, Advocate South Suburban Hospital

| NAME (Type or print) |  |
|---|---|
| Douglass G. Hewitt |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ |  |
| FIRM |  |
| Neal Gerber & Eisenberg LLP |  |
| STREET ADDRESS |  |
| Two North LaSalle Street - Suite 2200 |  |
| CITY/STATE/ZIP |  |
| Chicago, IL 60602 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06183834 | 312 269 8481 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ✓  NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐  NO ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ✓  NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ✓  NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |