IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JING ULIT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 CV 2698 |
| | ) | |
| ADVOCATE SOUTH SUBURBAN HOSPITAL, | ) | Judge Robert M. Dow, Jr. |
| | ) | |
| Defendant. | ) | Magistrate Judge Denlow |

## NOTICE OF MOTION

To:  Alejandro Caffarelli
    Caffarelli & Siegel Ltd
    180 North Stetson – Ste. 3150
    Chicago, IL  60601

  PLEASE TAKE NOTICE that on Wednesday, July 2, 2008, at 9:00 a.m., I shall appear before the Honorable Judge Robert M. Dow, Jr., or any judge sitting in his stead, in Courtroom 1919 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present the attached Motion for Entry of Stipulated Joint Qualified Protective Order, a copy of which is attached and hereby served upon you.

June 27, 2008                               ADVOCATE SOUTH SUBURBAN HOSPITAL


                      By:  /s/ Douglass G. Hewitt
                           One of Its Attorneys

Douglass G. Hewitt
Neal Gerber & Eisenberg LLP
Two North LaSalle Street - Suite 2200
Chicago, Illinois  60602
Telephone:  (312) 269-8000
Facsimile:  (312) 269-1747