**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JING ULIT, | |
|        Plaintiff, | No. 08 C 2698 |
| v. | |
| ADVOCATE SOUTH SUBURBAN HOSPITAL, | Judge Dow<br>Magistrate Judge Denlow |
|        Defendant. | |

**NOTICE OF FILING PARTIES' INITIAL STATUS REPORT**

    **PLEASE TAKE NOTICE** that on July 11, 2008, there was filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, Parties' Initial Status Report.

Dated: July 11, 2008                                Respectfully submitted,

Alejandro Caffarelli, #06239078            JING ULIT
Bradley Manewith, #06280535
Caffarelli & Siegel Ltd.
Two Prudential Plaza                         By: /s/ Alejandro Caffarelli
180 North Stetson Ste. 3150                     Attorney for Plaintiff
Chicago, IL 60601
Tel. (312) 540-1230
Fax (312) 540-1231

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JING ULIT<br><br>    Plaintiff,<br><br>v.<br><br>ADVOCATE SOUTH SUBURBAN HOSPITAL<br><br>    Defendant. | No. 08 C 2698<br><br>Judge Dow<br>Magistrate Judge Denlow |

## PARTIES' INITIAL STATUS REPORT

Pursuant to this Court's Case Management Procedures, and Fed. R. Civ. P. 26(f), the Parties state as follows:

**A.  Attorneys of Record:**

 (1) Attorneys for Plaintiff

   Alejandro Caffarelli (Trial Attorney)
   Bradley Manewith (Trial Attorney)
   Caffarelli & Siegel Ltd.
   Two Prudential Plaza
   180 N. Stetson, Suite 3150
   Chicago, IL  60601

 (2) Attorneys for Defendant

   Douglass G. Hewitt (Trial Attorney)
   Neal Gerber & Eisenberg LLP
   Two North LaSalle Street, Suite 2200
   Chicago, Illinois 60602

**B.  Basis for Federal Jurisdiction:**

This Court has jurisdiction of the action under the express provisions of the Family and Medical Leave Act ("FMLA" or "Act"), 29 U.S.C. § 2617, and under 28 U.S.C. § 1331.

**C.    The Nature of the Claims:**

Plaintiff alleges that Defendant interfered with her FMLA rights, and that she was terminated in violation of the Act. Specifically, she alleges that her supervisor interfered with her FMLA leave and retaliated against her by terminating her employment because she exercised her rights under the FMLA.

**D.    Parties that have not been Served:**

All parties have been served.

**E.    Principal Legal Issues:**

(1)    Whether Defendant interfered with Plaintiff's rights under the FMLA.

(2)    Whether Defendant terminated Plaintiff in retaliation for exercising her rights under the FMLA.

**F.    Principal Factual Issues:**

It must be determined whether Defendant's stated reason for terminating Plaintiff, accessing confidential patient information, is pretext for FMLA retaliation.

**G.    Jury Trial:**

Plaintiff has demanded a jury.

**H.    Discovery:**

(1)    Discovery to Date:

On June 24, 2008, Plaintiff served interrogatories, requests to produce, and requests to admit on Defendant. Plaintiff also sent a deposition notice to Defendant pursuant to Fed. R. Civ. P. 30(b)(6), as well as a deposition notice for Darla Lopez. On July 1, 2008, Defendant served its First Request for Production of Documents.

2

    (2)    Anticipated Discovery:

    The Parties anticipate needing discovery on all aspects of the Complaint, as well as all aspects of Defendant's Answer and Affirmative Defenses. The Parties do not suggest any changes or limitations on discovery as imposed by the Federal Rules of Civil Procedure or the Local General Rules for the United States District Court for the Northern District of Illinois

    (3)    Suggested Discovery Deadlines:

      i.  Initial disclosures pursuant to Fed. R. Civ. P. 26 due on July 22, 2008.

      ii.  Discovery cutoff of October 24, 2008.

      iii.  The Parties do not anticipate the need for expert witnesses at this time.

**I.**    **Estimated Length of Trial:**

The Parties estimate the trial is likely to take between three and four days.

**J.**    **Consent to Magistrate Judge:**

The Parties do not consent to the jurisdiction of the Magistrate Judge.

**K.**    **Settlement:**

The Parties have had initial settlement discussions. Plaintiff will send Defendant a settlement demand letter in the near future.

**L.     Settlement Conference:**

The Parties do not request a settlement conference at this time.

| **For PLAINTIFF** | **For DEFENDANT** |
|---|---|
| /s/ Alejandro Caffarelli | /s/ Douglass G. Hewitt |
| Alejandro Caffarelli | Douglass G. Hewitt |
| Caffarelli & Siegel Ltd. | Neal Gerber & Eisenberg LLP |
| Two Prudential Plaza | Two North LaSalle Street, Suite 2200 |
| 180 N. Stetson, Suite 3150 | Chicago, IL  60602 |
| Chicago, IL 60601 | Telephone: (312) 269-8000 |
| Telephone: (312) 540-1230 | Facsimile: (312) 269-1747 |
| Facsimile: (312) 540-1231 | |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a copy of the attached, Parties' Initial Status Report, was served upon the party below by electronically filing with the Clerk of the U.S. District Court of the Northern District of Illinois on July 11, 2008.

Mr. Douglass G. Hewitt
Neal Gerber & Eisenberg LLP
Two North LaSalle Street, Suite 2200
Chicago, Illinois 60602


Courtesy copies delivered to chambers of Judge Dow within 24 hours of filing via hand delivery.


                                                  /s/ Alejandro Caffarelli
                                                    Attorney for the Plaintiff