**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JING ULIT, | |
|         Plaintiff, | No. 08 C 2698 |
| v. | |
| ADVOCATE SOUTH SUBURBAN HOSPITAL, | Judge Dow<br>Magistrate Judge Denlow |
|         Defendant. | |

**NOTICE OF PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF MATERIALS
PURSUANT TO SUBPOENA DUCES TECUM**

**PLEASE TAKE NOTICE** that on August 19, 2008, there was filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, Plaintiff's Motion to Compel Production of Materials pursuant to Subpoena Duces Tecum, copies of which are attached and hereby served upon you, and which will be brought before the Honorable Judge Dow, or any judge sitting in his stead, in the courtroom usually occupied by him in the U.S. District Courthouse, 219 S. Dearborn Street, Chicago, Illinois, on the 27th day of August, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard.

Dated: August 19, 2008　　　　　　　　　　　　Respectfully submitted,

Alejandro Caffarelli, #06239078　　　　　　　　JING ULIT
Bradley Manewith, #06280535
Caffarelli & Siegel Ltd.
Two Prudential Plaza　　　　　　　　　　　　By: /s/ Bradley Manewith
180 North Stetson Ste. 3150　　　　　　　　　　　　Attorney for Plaintiff
Chicago, IL  60601
Tel. (312) 540-1230
Fax (312) 540-1231

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that a copy of the foregoing Notice of Motion to Compel Production of Materials pursuant to Subpoena Duces Tecum was served upon the following party via facsimile and U.S. Mail on August 19, 2008:

Richard S. Grenvich
Assistant Attorney General
Illinois Department of Employment Security
57 S. Wells St.
Chicago, IL 60607
Fax (312) 793-4459

A copy of the foregoing Motion to Compel was served upon the following party via electronic filing with ECF in the Northern District of Illinois on August 19, 2008:

Mr. Douglass G. Hewitt
Neal Gerber & Eisenberg LLP
Two North LaSalle Street, Suite 2200
Chicago, Illinois 60602


Courtesy copies delivered to chambers of Judge Dow within 24 hours of filing via hand delivery.

                                                /s/ Bradley Manewith
                                                Attorney for Plaintiff