UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Jing Ulit

                Plaintiff,

v.                              Case No.: 1:08−cv−02698
                                        Honorable Robert M. Dow Jr.

Advocate South Suburban Hospital

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 25, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr:MOTION by Plaintiff Jing Ulit to compel production of materials pursuant to subpoena duces tecum is being referred to Magistate Judge Denlow for hearing. The Notice of Motion date of 8/27/08 before Judge Dow is stricken. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.