## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JING ULIT, | |
| Plaintiff, | No. 08 C 2698 |
| v. | |
| | Judge Dow |
| ADVOCATE SOUTH SUBURBAN HOSPITAL, | Magistrate Judge Denlow |
| Defendant. | |

### AMENDED NOTICE OF PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF MATERIALS PURSUANT TO SUBPOENA DUCES TECUM

**PLEASE TAKE NOTICE** that on August 27, 2008, there was filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, Plaintiff's Motion to Compel Production of Materials pursuant to Subpoena Duces Tecum, copies of which are attached and hereby served upon you, and which will be brought before the Honorable Magistrate Judge Denlow, or any judge sitting in his stead, in the courtroom usually occupied by him in the U.S. District Courthouse, 219 S. Dearborn Street, Chicago, Illinois, on the 3rd day of September, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard.

Dated: August 27, 2008

Alejandro Caffarelli, #06239078
Bradley Manewith, #06280535
Caffarelli & Siegel Ltd.
Two Prudential Plaza
180 North Stetson Ste. 3150
Chicago, IL  60601
Tel. (312) 540-1230
Fax (312) 540-1231

Respectfully submitted,

JING ULIT

By: /s/ Bradley Manewith
    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a copy of the foregoing Amended Notice of

Motion to Compel Production of Materials pursuant to Subpoena Duces Tecum was served upon

the following party via facsimile and U.S. Mail on August 27, 2008:

>Richard S. Grenvich
>Assistant Attorney General
>Illinois Department of Employment Security
>57 S. Wells St.
>Chicago, IL 60607
>Fax (312) 793-4459

A copy of the foregoing Motion to Compel was served upon the following party via

electronic filing with ECF in the Northern District of Illinois on August 27, 2008:

>Mr. Douglass G. Hewitt
>Neal Gerber & Eisenberg LLP
>Two North LaSalle Street, Suite 2200
>Chicago, Illinois 60602

Courtesy copies delivered to chambers of Magistrate Judge Denlow within 24 hours of filing via
hand delivery.

/s/ Bradley Manewith
Attorney for Plaintiff
