UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

Jing Ulit

                              Plaintiff,

v.                                                      Case No.: 1:08−cv−02698
                                                     Honorable Robert M. Dow Jr.

Advocate South Suburban Hospital

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

      MINUTE entry before the Honorable Morton Denlow:Motion hearing held on 9/3/2008 regarding motion to compel[16]. Motion to compel production of material pursuant to subpoena duces tecum [16] is granted. Therefore, IDES is ordered to produce a copy of the CD of the hearing to the parties. The CD shall be used only for the purposes of this litigation and all copies of the CD shall be destroyed or returned to IDES within thirty−five days after the final resolution of this litigation, including all appeals. Status hearing set for 11/6/2008 at 10:00 AM. Plaintiff to submit written itemization of damages and settlement demand by 10/14/08. Defendant to submit written settlement offer by 10/28/08. Motions terminated: MOTION by Plaintiff Jing Ulit to compel production of materials pursuant to subpoena duces tecum [16]. Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.